UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
***************************************************
THOMAS BODNAR, ET AL.                *        CIVIL ACTION
                                     *
VERSUS                               *        NO. 09-7686
                                     *
NEWPORT CORPORATION                  *        SECTION "B" (2)
OF LOUISIANA, ET AL.                 *
***************************************************
```

## JOINT STATUS REPORT

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs and Defendants, and pursuant to this Court's February 9, 2012 Order, submit the following Joint Status Report:

**A.     LIST OF PARTIES AND COUNSEL**

1. <u>Plaintiffs</u>:

Thomas Bodnar, Kevin Cochran, Robert Jones, Van Joseph, Thomas Larson and Derek Robinson. Plaintiffs are represented by Jennifer Rosenbaum of the New Orleans Worker Center for Racial Justice (NOWCJ), 217 N. Prieur St., New Orleans, LA 70112, acting as local counsel, and by Christopher J. Williams of Workers' Law Office, PC, 401 S. LaSalle Street, Suite 1400, Chicago, Illinois 60605 (application to appear *pro hac vice* pending).

2. <u>Defendants</u>:

Aladwan, LLC, 2000 Properties, Inc., Iberville Management Group, Inc., Rue Bourbon Entertainment, LLC, Two-37 Bourbon, Inc., 333 Lounge, Inc., Jazz Emporium, Four-26 Bourbon, LLC, CoCo Club, Café Rue Bourbon Balconies, Yousef Wafiq Salem Aladwan, a/k/a J'oubert Aladwan, Samer Aladwan, Carolyn Pierce, Mel Salem, Giovanni Zedda and Gregory Bonstaff.  Defendants are represented by Larry E. Demmons, Taggart Morton, LLC, 1100 Poydras Street, Suite 2100, New Orleans, Louisiana 70163.

B.  **PENDING MOTIONS**

None in the instant case, but see below regarding Motion to Withdraw Reference pending in related litigation.

C.  **DATES OF STATUS CONFERENCE, PRETRIAL CONFERENCE AND TRIAL**

1. A status conference is set in this matter for February 28, 2012.

2. A pre-trial conference is currently set in this matter for April 4, 2012.

3. Trial of this case is currently set for April 23rd – May 1st.

4. The instant case is a non-jury case.

5. Trial is expected to last 3-5 days.

D.  **FACTUAL AND LEGAL ISSUES UNDERLYING DISPUTE**

As this Court is probably already aware, the instant case presents itself in a unique and somewhat complicated procedural manner. Plaintiffs filed the instant suit seeking damages for a host of employment related claims, including those under the Fair Labor Standards Act ("FLSA"), Louisiana Wage Payment Act (La. R.S. 23:631 et seq.) and Title VII (and its state law equivalent). Suit was filed against Plaintiffs' actual employers, as well as a host of related corporate entities and individual defendants (whom Defendants submit are not proper defendants in this litigation). While this matter was pending, original defendants Conti Management Group, Inc., Dante's of Decatur, Inc., and Newport Corporation of Louisiana were merged into Bourbon Saloon, Incorporated. Shortly thereafter, on May 12, 2011, Bourbon Saloon, Incorporated filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Louisiana, case no. 11-11518 of the docket of that court. As a result, all matters in this litigation against those entities were automatically stayed.

As explained above, while the parties have done some discovery towards the merits of

this dispute, the matter is currently tied up with the related and pending bankruptcy case. Specifically, this Court currently has before it a Motion to Withdraw Reference (Civil Action No. 11-11518) that seeks to have all Plaintiffs' claims against all Defendants (stayed and non-stayed) heard in the district court (as opposed to some heard here and others in bankruptcy court). Defendants submit that it makes little sense to proceed with this litigation against the other defendants when (1) these same issues may have to be tried again against the stayed defendants later, and (2) when the real parties in interest and/or responsible parties (if any) are those that have been stayed. Plaintiffs oppose Defendants' Motion to Withdraw Reference in the 11-11518 matter for the reasons set forth in their Response to that motion. Regardless, the Parties respectfully submit that a determination of how this matter should proceed should wait until this Court's decision on the Motion to Withdraw Reference.

### E. DISCOVERY THAT REMAINS TO BE DONE

1. <u>Plaintiffs</u>

Plaintiffs submit that some discovery remains to be done. Plaintiffs have propounded written discovery but believe that Defendants have not completely responded to the written discovery and/or have failed to supplement their discovery answers. Plaintiffs will also require a number of depositions of both corporate and individual Defendants (in part dependent on this Court's ruling on the 11-11518 Motion to Withdraw Reference).

2. <u>Defendants</u>

Defendants submit that considerable discovery still needs to be done. Defendants have not yet deposed any of the Plaintiffs (although they desire to depose all Plaintiffs), nor have they obtained all documents and responses to discovery previously propounded. Moreover,

Defendants anticipate taking additional witness depositions and propounding additional Interrogatories and Requests for Production on Plaintiffs after their depositions.

F.   STATUS OF SETTLEMENT NEGOTIATIONS

The parties conducted settlement negotiations through Magistrate Wilkinson on March 22, 2011, but the parties were unable to reach a settlement.

Respectfully submitted,

**TAGGART MORTON, LLC**

   s/Larry E. Demmons
**LARRY E. DEMMONS** (#24376)
2100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2100
Telephone: (504)-599-8500
Facsimile: (504)-599-8501
**COUNSEL FOR DEFENDANTS**

Respectfully submitted,

**NEW ORLEANS WORKER CENTER
FOR RACIAL JUSTICE**

   s/Jennifer J. Rosenbaum
Jennifer Rosenbaum (#31946)
217 N. Prieur St.
New Orleans, LA  70112
Telephone: (504) 309-5165
Facsimile: (504) 309-5205

**WORKERS' LAW OFFICE, PC**

   s/Christopher J. Williams
Christopher J. Williams (*Pro Hac Vice* pending)
401 S. LaSalle Street, Suite 1400
Chicago, Illinois 60605
Telephone:     (312) 795-9121
Facsimile:     (312) 929-2207
**COUNSEL FOR PLAINTIFFS**